IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones, Helen R | Case Number:  06 B 09501 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 10/29/08 | Filed:  8/4/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed:  August 1, 2008
Confirmed:  September 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 22,676.58 | |
| Secured: | | 8,848.64 |
| Unsecured: | | 4,924.02 |
| Priority: | | 2,985.47 |
| Administrative: | | 3,016.50 |
| Trustee Fee: | | 1,137.73 |
| Other Funds: | | 1,764.22 |
| Totals: | 22,676.58 | 22,676.58 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,016.50 | 3,016.50 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Mountain Peaks Financial | Secured | 0.00 | 0.00 |
| 4. | Mountain Peaks Financial | Secured | 0.00 | 0.00 |
| 5. | Wells Fargo Home Mortgage | Secured | 47,568.86 | 8,848.64 |
| 6. | Illinois Dept of Revenue | Priority | 2,985.47 | 2,985.47 |
| 7. | Illinois Dept of Revenue | Unsecured | 1,456.41 | 1,456.41 |
| 8. | Capital One | Unsecured | 171.47 | 171.47 |
| 9. | American Collection Corp | Unsecured | 2,700.00 | 2,700.00 |
| 10. | Capital One | Unsecured | 553.17 | 553.17 |
| 11. | RJM Acquisitions LLC | Unsecured | 42.97 | 42.97 |
| 12. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 13. | Credit Protection Association | Unsecured | | No Claim Filed |
| 14. | Lou Harris | Unsecured | | No Claim Filed |
| | | | $ 58,494.85 | $ 19,774.63 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 317.55 |
| 5.4% | 535.53 |
| 6.5% | 284.65 |
| | $ 1,137.73 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Jones, Helen R | Case Number:  06 B 09501 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 10/29/08 | Filed:  8/4/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

